IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE FRIEDMAN'S INC. SECURITIES LITIGATION** | Civil Action No. 1:03 CV-3475-WSD |

## NOTICE OF AUTOMATIC STAY

Notice is hereby given that on Friday, January 14, 2005, Friedman's Inc. d/b/a Friedman's Jewelers ("Debtor") filed for protection under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Georgia, Savannah Division, Case No. 05-40129 (the "Petition"). Pursuant to section 362(a) of the Bankruptcy Code, the filing of the Petition operates as a stay, applicable to the Debtor of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title." Accordingly, pursuant to section 362(a) of the Bankruptcy Code, all proceedings in the above-styled matter are stayed as to the Debtor.

ATI-2152967v1

Dated: January 24, 2005.                          Respectfully submitted,

**For Friedman's Inc.:**

By: /s/ Walter W. Davis
    Michael J. McConnell
      (Ga. Bar No. 485003)
    Gregory R. Hanthorn
      (Ga. Bar No. 323937)
    Walter W. Davis
      (Ga. Bar No. 213083)
    Jones Day
    1420 Peachtree Street, N.E., Suite 800
    Atlanta, GA 30309-3053
    Telephone: (404) 521-3939
    Facsimile: (404) 581-8330
    E-mail: mmcconnell@jonesday.com

and

    Joseph P. Armao
    Lance Croffoot-Suede
    Paul M. Alfieri*
    White & Case LLP
    1155 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 819-8200
    Facsimile: (212) 354-8113
    E-mail: palfieri@whitecase.com

## CERTIFICATE OF SERVICE

This certifies that I have this day electronically filed the within and foregoing **Notice of Automatic Stay** with the clerk of the court using CM/ECF system which automatically sends e-mail notification of such filing to the following attorneys of record:

### ATTORNEYS FOR LEAD PLAINTIFFS AND PLAINTIFF:

**CHITWOOD & HARLEY LLP**

Martin D. Chitwood
David A. Bain
Meryl W. Edelstein*
1230 Peachtree Street
2300 Promenade II
Atlanta, GA 30309
Telephone: (404)873-3900
Facsimile: (404) 876-4476
E-mail: mwe@classlaw.com

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

Maya S. Saxena
Christopher S. Jones*
The Plaza
5355 Town Center Road, Suite 900
Boca Raton, Florida 33486
Telephone: (561) 361-5000
Facsimile: (561) 367-8400
E-mail: cjones@milbergweiss.com

**SCHIFFRIN & BARROWAY LLP**

Andrew L. Barroway*
Stuart L. Berman
Gregory Castaldo
Andrew L. Zivitz
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail: abarroway@sbclasslaw.com

ATI-2152967v1

**COUNSEL FOR DEFENDANTS PHILIP COHEN, MORGAN SCHIFF & CO., INC., MS JEWELERS CORPORATION AND MS JEWELERS LIMITED PARTNERSHIP:**

| | |
|---|---|
| **MCKENNA LONG & ALDRIDGE, LLP** | J. Timothy Mast, Esq.*<br>Thomas B. Bosch, Esq.<br>McKenna Long & Aldridge LLP<br>303 Peachtree Street, Suite 5300<br>Atlanta, GA 30308<br>Telephone: (404) 527-4000<br>Facsimile: (404) 527-4198<br>E-mail: tmast@mckennalong.com |

**FOR UNDERWRITER DEFENDANTS THOMAS WEISEL PARTNERS LLC, MCDONALD INVESTMENTS, INC., JMP SECURITIES LLC, WEDBUSH MORGAN SECURITIES, INC. AND MORGAN JOSEPH & CO.:**

| | |
|---|---|
| **SULLIVAN & CROMWELL LLP** | Robert A. Sacks*<br>Sullivan & Cromwell LLP<br>1888 Century Park East<br>Los Angeles, CA 90067-1725<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br>E-mail: sacksr@sullcrom.com<br><br>and<br><br>Amie D. Rooney<br>Sullivan & Cromwell LLP<br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br>E-mail: rooneya@sullcrom.com |
| **KILPATRICK STOCKTON LLP** | A. Stephens Clay<br>Stephen E. Hudson<br>Kilpatrick Stockton LLP |

ATI-2152967v1

        1100 Peachtree Street
        Atlanta, GA 30309
        Telephone: (404) 815-6500
        Facsimile: (404) 815-6555
        E-mail: shudson@kilpatrickstockton.com

**FOR DEFENDANT DAVID P. PARSHALL:**

| | |
|---|---|
| **LATHAM & WATKINS LLP** | Kenneth Conboy*<br>Jeffrey G. Hammel<br>Lindsay R. Weiss<br>Latham & Watkins, LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4862<br>E-mail: kenneth.conboy@lw.com |
| **MORRIS MANNING & MARTIN** | Joseph R. Manning<br>John H. Williamson<br>Morris, Manning & Martin LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, GA 30326-1044<br>Telephone: (404) 233-7000<br>Facsimile: (404) 365-9532<br>E-mail: jmanning@mmmlaw.com |

**DEFENDANT DOUGLAS ANDERSON:**

| | |
|---|---|
| **ROGERS & HARDIN** | Tony G. Powers*<br>Kimberly L. Myers<br>Rogers & Hardin<br>2700 International Tower<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, GA 30303<br>Telephone: (404) 522-4700 |

ATI-2152967v1

Facsimile: (404) 525-2224
E-mail: tgp@rh-law.com

**DEFENDANT ERNST & YOUNG:**

| | |
|---|---|
| **SUTHERLAND, ASBILL & BRENNAN LLP** | John A. Chandler<br>Elizabeth V. Tanis*<br>Patricia A. Gorham<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 853-8000<br>Facsimile: (404) 853- 8806<br>E-mail: beth.tanis@sablaw.com |

**FOR DEFENDANTS JOHN E. CAY, III, ROBERT W. CRUICKSHANK AND MARK C. PICKUP:**

| | |
|---|---|
| **ALSTON & BIRD LLP** | John L. Latham<br>John A. Jordak, Jr.*<br>Julie M. O'Daniel<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7913<br>E-mail: jjordak@alston.com |

**FOR DEFENDANT BRADLEY J. STINN:**

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | Wayne A. Schrader*<br>Lani C. Cossette<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539<br>E-mail: wschrader@gibsondunn.com |

ATI-2152967v1

| | |
|---|---|
| **KUTAK ROCK LLP** | Gregory R. Crochet<br>Kutak Rock LLP<br>Suite 2100<br>Peachtree Center South Tower<br>225 Peachtree Street, NE<br>Atlanta, GA  30303-1731<br>Telephone: (404) 222-4635<br>Facsimile: (404) 222-4654<br>E-mail: greg.crochet@kutakrock.com |

**FOR DEFENDANT STERLING BRINKLEY:**

| | |
|---|---|
| **ROPES & GRAY** | Randall W. Bodner*<br>Ropes & Gray<br>One International Place<br>Boston, MA  02110-2624<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br>E-mail: rbodner@ropesgray.com<br><br>and<br><br>Michele Cerezo-Natal<br>Ropes & Gray<br>45 Rockefeller Plaza<br>New York, NY  10111<br>Telephone: (212) 841-5700<br>Facsimile: (212) 841-5725<br>E-mail: mnatal@ropesgray.com |
| **PARKER HUDSON RAINER & DOBBS** | J. Marbury Rainer<br>Parker, Hudson, Rainer & Dobbs<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, GA  30303<br>Telephone: (404) 523-5300<br>Facsimile: (404) 522-8409<br>E-mail: mrainer@phrd.com |

ATI-2152967v1

**FOR DEFENDANT VICTOR M. SUGLIA:**

        Walter E. Jospin
        John G. Parker
        Paul, Hastings, Janofsky & Walker LLP
        600 Peachtree Street
        Bank of America Building
        Atlanta, GA  30308
        Telephone: (404) 815-2400
        Facsimile: (404) 815-2424
        E-mail: walterjospin@paulhastings.com

        and

        Kirby D. Behre*
        Melissa G. Warren
        Paul, Hastings, Janofsky & Walker LLP
        875 15th Street N.W,
        Washington, D.C. 20005
        Telephone: (202) 551-1700
        Facsimile: (202) 551-1705
        E-mail: kirbybehre@paulhastings.com

**FOR DEFENDANT JOHN MAURO:**

**LECLAIR RYAN**        James A. Murphy*
        Cameron S. Matheson
        LeClair Ryan
        707 East Main Street, 11th Floor
        Richmond, VA  23219
        Telephone: (804) 783-2003
        Facsimile: (804) 783-2294
        E-mail: jmurphy@leclairryan.com

**GAMBRELL & STOLZ LLP**        Gary A. Barnes, Esq.
        Gambrell & Stolz, LLP
        Monarch Plaza
        3414 Peachtree Road, N.E., Suite 1600

                    Atlanta, GA  30326
                    Telephone: (404) 577-6000
                    Facsimile: (404) 221-6501
                    E-mail: gbarnes@gambrell.com

**FOR DEFENDANT ABN AMRO ROTHSCHILD LLC:**

| | |
|---|---|
| **CADWALADER, WICKERHSHAM & TAFT LLP** | Gregory A. Markel* <br> Jason M. Halper <br> Stacey A. Lara <br> Cadwalader, Wickersham & Taft, LLP <br> One World Financial Center <br> New York, NY  10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 504-6600 <br> E-mail: greg.markel@cwt.com |
| **NATIONS, TOMAN, NUTTER & MCKNIGHT LLP** | Charles K. McKnight, Jr. <br> Nations, Toman, Nutter & McKnight LLP <br> 3340 Peachtree Road, N.E., Suite 1550 <br> Atlanta, GA  30326 <br> Telephone: (404) 266-2366 <br> Facsimile: (404) 266-2323 <br> E-mail: cmcknight@ntnmlaw.com |
| Dated: January 24, 2005. | /s/ Walter W. Davis <br> Michael J. McConnell <br>   (Ga. Bar No. 485003) <br> Gregory R. Hanthorn <br>   (Ga. Bar No. 323937) <br> Walter W. Davis <br>   (Ga. Bar No. 213083) <br> JONES DAY <br> 1420 Peachtree Street, N.E., Suite 800 <br> Atlanta, GA 30309-3053 <br> Telephone: (404) 521-3939 <br> Facsimile: (404) 581-8330 <br> E-mail: mmcconnell@jonesday.com |

ATI-2152967v1